IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01610-RPM

CLAYRE GRIGGS,

                          Plaintiff,

v.

DON WOODIN,

                          Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. Virginia Wentz
    Secretary

      Pursuant to the Notice of Withdrawal of Motion to Consolidate (Doc. #16), filed on November 16, 2005, the motion to consolidate (Doc. #5-1), filed on September 22, 2005, is stricken from the active docket.

Dated:  November 18, 2005