IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1610 RPM-PAC

**CLAYRE GRIGGS**

**Plaintiff,**

v.

**DON WOODIN**

**Defendant**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 7 2006

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL, WITH PREJUDICE

THIS MATTER coming before the Court upon the parties' Stipulation for Dismissal, With Prejudice, and the Court being otherwise fully apprised in the premises, it is hereby

ORDERED that Plaintiff's Complaint against Defendant Woodin and all claims that the parties could have asserted against one another in this action are hereby dismissed, with prejudice, each party to pay its own costs and attorney's fees.

DATED:   January 27, 2006

BY THE COURT:

*/s/ Richard P. Matsch*
Richard P. Matsch, Senior Judge